JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Peter Johnson, Cara Johnson, | ) | CASE NO. 2:13-cv-01751-SVW-SH |
| Plaintiffs, | ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | ) | |
| Steven Shimazu et al., | ) | |
| Defendants. | ) | |
|_____| ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

Dated: May 2, 2013

_____
HON. STEPHEN V. WILSON
United States District Judge